# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-50**  DATE **01/23/2020**
TITLE **USA v. Jimmy Bradwell Ferrell**
TIMES **10:02 - 10:38**  TOTAL **36 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy: **Whitney Sharp**
Court Reporter: **Debra Gilbert**  Interpreter:

Attorney for Government: Jennifer Kirkland
Attorney for Defendant(s): DeLeigh Poole
Defendant(s):

PROCEEDINGS: **Sentencing**  ☑ In Court  ☐ In Chambers

Objections - Yes ; As to paragraph 9
As to those paragraphs not objected to, the Court adopts the findings of fact and conclusion of applicable advisory guidelines.
Government Witness TFO Sapp 10:05 - 10:16 / Defense Cross 10:17 - 10:18
Governments exhibits 1-5 tendered and admitted without objection.
Government argument 10:18 / Defense argument 10:18 - 10:19
The Court finds by a preponderance of the credible evidence that the objections are due to be overruled and the drug quantity calculated by UPSO is correct.
The Court finds a total Offense Level 15 / Criminal History III / Guideline 24-30 Months / 3 year supervised release / $7,500 - $1,000,000 fine / $100 special assessment / no minimum - 20 years maximum
Defense 10:23 - 10:25 / Government 10:25 - 10:26 / Defendant 10:26 - 10:30
Court - BOP 30 months consecutive to any term in pending unrelated state charges / CTS / / 3 years supervised release / no fine / $100 special assessment / recommendation to BOP for any alcohol and drug treatment / standard, special and mandatory conditions of release / DNA sample / no firearms or weapons / drug screening and comply with protocols / during 1st year of supervised release must attend drug treatment program and comply /

(Rev 7/2003)  GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-50**  DATE **01/23/2020**

TITLE **USA v. Jimmy Bradwell Ferrell**

PROCEEDINGS (continued): **Sentencing**

**FCI Marianna to the extent space and security allow / Ineligible for federal benefits for 3 years / subject to searches / appeal waiver.**

(Rev 7/2003)  GENERAL CLERK'S MINUTES (continued)